IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERTOUCH, INC., | No. C 04-05203 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| KENNEDY-WESTERN UNIVERSIT, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 9, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 20, 2005.

DESIGNATION OF EXPERTS:  Pltf. 11/7/05;  Deft. 11/18/05.    REBUTTAL: 11/30/05
     Parties SHALL conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 28, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by January 6, 2006;

     Opp. Due January 20, 2006;  Reply Due January 27, 2006;

     and set for hearing no later than February 10, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 14, 2005 at 3:30 PM.

JURY TRIAL DATE: MARCH 27, 2006 at 8:30 AM.,
     Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 2 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/27/05

SUSAN ILLSTON
United States District Judge