IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERTOUCH, INC., | No. C 04-05203 SI |
| Plaintiff, | **ORDER RE: DOCKET** |
| v. | |
| KENNEDY-WESTERN UNIVERSITY, | |
| Defendant. | |

This Court's September 2, 2005 Order re Discovery, docket # 69, terminates discovery motions ## 37, 39, 42 and 43. The motions for protective order, docket ## 40 and 41, were terminated by entry of the Protective Order, docket # 68, on August 17, 2005.

**IT IS SO ORDERED.**

Dated: September 8, 2005

SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERTOUCH, INC., | No. C 04-05203 SI |
| Plaintiff, | **ORDER RE: DOCKET** |
| v. | |
| KENNEDY-WESTERN UNIVERSITY, | |
| Defendant. / | |

This Court's September 2, 2005 Order re Discovery, docket # 69, terminates discovery motions ## 37, 39, 42 and 43. The motions for protective order, docket ## 40 and 41, were terminated by entry of the Protective Order, docket # 68, on August 17, 2005.

**IT IS SO ORDERED.**

Dated: September 8, 2005

SUSAN ILLSTON
United States District Judge